UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRICKLAYERS LOCAL NO. 3 PENSION TRUST,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**BRENT MARTIN, individually and d/b/a BRENT MARTIN MASONRY,**<br><br>    **Defendant.** | **CASE NO.: 13-CV-4293 YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On December 6, 2013, the Court received Plaintiffs' request to continue for sixty to ninety days the case management conference set in this matter, which is currently scheduled for December 16, 2013. Plaintiffs represented that they would file a motion for default judgment against Defendant within that time. (Dkt. No. 14.)

Defendant's default having been taken, rather than continue the case management conference the Court hereby **VACATES** it. Further the Court **SETS** a compliance hearing on the Court's 9:01 a.m. calendar on Friday, **February 14, 2014**, in Courtroom 5 of the United States Courthouse, 1301 Clay Street, Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, Plaintiffs shall file either (a) their motion for default judgment or (b) a one-page statement setting forth an explanation

for not having done so. If Plaintiffs timely file the motion for default judgment, they need not appear at the compliance hearing, which will be taken off calendar.

**IT IS SO ORDERED.**

Date: December 10, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**