UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST AND ITS BOARD OF TRUSTEES, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BRENT MARTIN,<br><br>            Defendant. | Case No.  13-cv-04293-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 28 |

The Court has reviewed Judge Laporte's Report and Recommendation Re: Motion for Default Judgment (Docket No. 28) and notes there are no objections to the Report.  The Court adopts the Report in every respect.  Accordingly, the Motion for Default Judgment is GRANTED. Default judgment is to be entered in the amount of $31,401.55 plus interest as provided by law.

**IT IS SO ORDERED.**

Dated:  May 7, 2014

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California